# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| BARBARA BROWN and CINDY HIETT,<br><br>Plaintiffs,<br><br>v.<br><br>MHN GOVERNMENT SERVICES, INC.; HEALTH NET, INC.; and MHN SERVICES d/b/a MHN SERVICES CORPORATION, a Washington corporation,<br><br>Defendants. | Case No. 3:14-cv-05170-BHS<br><br>**STIPULATION AND ORDER TRANSFERRING MATTER** |

Plaintiffs Barbara Brown and Cindy Hiett and Defendants MHN Government Services, Inc., Health Net, Inc., and MHN Services doing business as MHN Services Corporation, by and through their undersigned counsel of record, stipulate and agree as follows:

WHEREAS, Defendants removed this Action to this Court on February 27, 2014, Dkt. No. 1;

WHEREAS, Defendants, on March 4, 2014, notified the Court of two cases related to this Action, *Hiett v. MHN Government Services, Inc.*, No. 3:13-03016-SI, and *Zaborowski v. MHN Government Services, Inc.*, No. 3:12-cv-05109-SI (the "Related Cases"), both of which are currently pending before the Honorable Susan Illston, District Judge, United States District Court for the Northern District of California.  In that notice, Defendants wrote that they "anticipate moving to transfer this action to the Northern District [of] California pursuant to 28 USC §1404";

WHEREAS, Defendants, on March 6, 2014, moved to dismiss this Action, Dkt. No. 14;

WHEREAS, Plaintiffs, on March 12, 2014, filed an Amended Complaint, Dkt. No. 20;

STIPULATION AND ORDER

Orrick Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, WA  98104
Telephone (206) 839-4300

1    WHEREAS, Plaintiffs, on March 13, 2014, moved to transfer this Action to the United
2  States District Court for the Northern of California for coordination with the Related Cases,
3  Dkt. No. 25; and

4    WHEREAS, pursuant to Title 28 U.S.C. § 1404(a), the Court may, for the convenience
5  of the parties and witnesses, in the interest of justice, transfer any civil action to any other
6  district to which all parties have consented.

7    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and
8  Defendants, through their undersigned counsel, as follows:

9    1.   This Action shall be transferred to the United States District Court for the
10  Northern District of California for coordination with the Related Cases;

11    2.   Following transfer, the parties agree to file a Joint Motion for Administrative
12  Relief to Consider Whether Cases Should be Related to effectuate assignment of this case in
13  the same Court as the Related Cases;

14    3.   Defendants withdraw their Motion to Dismiss Plaintiffs' First Amended
15  Complaint (Dkt. No. 14); and

16    4.   Defendants shall have fourteen days from the date upon which this transfer
17  becomes effective within which to move to dismiss Plaintiffs' Amended Complaint (Dkt. No.
18  20).

19   IT IS SO ORDERED.
20   DATED this 25th day of March, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER
3:11-cv-05400-BHS                  - 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
916-447-9200

Presented March 24, 2014 by:

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | GORDON THOMAS HONEYWELL LLP |
| By:     s/ Timothy J. Long<br>Timothy J. Long, WSBA No. 39830<br>tjlong@orrick.com<br>701 5th Avenue, Suite 5600<br>Seattle, WA 98104-7097<br>Tel: 206-839-4300<br>Fax: 206-839-4301<br><br>Robert M. McKenna, WSBA No. 18327<br>rmckenna@orrick.com<br>701 Fifth Avenue, Suite 5600<br>Seattle, WA 98104<br>Tel: 206-839-4300<br>Fax: 206-839-4301 | By:     s/ Warren E. Martin<br>Warren E. Martin, WSBA No. 17235<br>wmartin@gth-law.com<br>Lewis L. Ellsworth, WSBA No. 11360<br>lellsworth@ght-law.com<br>Eric D. Gilman, WSBA No. 41680<br>egilman@gth-law.com<br><br>Wells Fargo Plaza<br>1201 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402<br>Telephone: +1-253-620-6500<br>Facsimile: +1-253-620-6565<br><br>*Attorneys for Plaintiffs* |

*Attorneys for Defendants*

I hereby attest that the concurrence in the filing of this document has been obtained from Warren E. Martin, Attorney for Plaintiffs Barbara Brown and Cindy Hiett.

Dated: March 24, 2014

                                          /s/ Timothy J. Long
                                          TIMOTHY J. LONG
                                          Attorneys for Defendant